# UNITED STATES DISTRICT COURT

Eastern ——— District of ——— California

PAUL & MARY GABRIELSON,

    Plaintiff

**v.**

MARISA HERNANDEZ, et al.,

    Defendant

**FILE**

JUL 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

NOTICE, CONSENT, AND ORDER OF REFERENCE –
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:  1:11-cv-01942-MJS (Doc. 11)

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post−judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| ALAN T. BERTA | Pro Se Defendant | 6/20/12 |
| CINDY BERTA | Pro Se Defendant | 6-20-12 |
| SARAH ASHLEY BERTA | Pro Se Defendant | 6-22-12 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to ___The Honorable Michael J. Seng,___ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

7−10−12

Date

ANTHONY W. ISHII,   United States District Judge

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.