**HANNO T. POWELL 131154**
**POWELL & POOL, LLP**
7522 N. Colonial Avenue, Ste. 100
Fresno, California  93711
Telephone:     (559) 228-8034
Facsimile:     (559) 228-6818

Attorneys for Plaintiffs PAUL GABRIELSON
and MARY GABRIELSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| **PAUL GABRIELSON and MARY GABRIELSON**  )<br>  )<br>            Plaintiffs,  )<br>  )<br>     vs.  )<br>  )<br>**MARISA HERNANDEZ, ALSO KNOWN AS MARISA DUARTE; ALAN T. BERTA; CINDY BERTA; SARAH ASHLEY BERTA; ALLIANCE TITLE COMPANY, ENTITY UNKNOWN AS TRUSTEE FOR BENEFICIARIES JAMES DEE JOLLY AND VELMA M. JOLLY;  JAMES DEE JOLLY; VELMA M. JOLLY; THE STATE OF CALIFORNIA;  THE UNITED STATES OF AMERICA; ALL PERSONS UNKNOWN CLAIMING AN INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE THERETO ; AND DOES 1 THROUGH 25, inclusive**  )<br>  )<br>           Defendants.  ) | **Case No.**  1:11-CV-1942-MJS<br><br>**ORDER DISMISSING ACTION PURSUANT TO ORAL STIPULATION**<br><br>[No Hearing Requested] |

The court having received the Request For Order Dismissing Action Pursuant to oral Stipulation filed on behalf of Plaintiffs PAUL and MARY GABRIELSON, and good cause appearing:

/ / /

/ / /

–1–

1   IT IS HEREBY ORDERED AS FOLLOWS:

2   1.  The above-referenced action is hereby dismissed in its entirety; and

3   2.  All Parties shall bear its or their own costs.

4
5   IT IS SO ORDERED.

6   Dated:   January 10, 2014             /s/ *Michael J. Seng*
7                                         UNITED STATES MAGISTRATE JUDGE